JOHN T. HILTON, Appellant, *v.* J. SERGEANT CRAM et al., Respondents.

*Hilton* v. *Cram*, 112 App. Div. 35, affirmed.
(Argued November 21, 1907; decided December 10, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 24, 1906, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover damages alleged to have been suffered by reason of the wrongful reduction of his compensation as an employee of the dock department in the city of New York.

*Louis Sturcke* for appellant.

*William B. Ellison,* Corporation Counsel (*Theodore Connoly* and *William Beers Crowell* of counsel), for respondents.

Judgment affirmed, with costs; no opinion.

Concur: GRAY, VANN, WERNER and CHASE, JJ. Dissenting: CULLEN, Ch. J., O'BRIEN and WILLARD BARTLETT, JJ.